𝕬𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕮𝖔𝖚𝖗𝖙
𝕹𝖔𝖗𝖙𝖍𝖊𝖗𝖓 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝖔𝖋 𝕿𝖊𝖝𝖆𝖘

Chambers of
Sam A. Lindsay
United States District Judge

August 13, 2014

1100 Commerce Street
Dallas, Texas 75242
(214) 753-2365

Ms. Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1452
Dallas, Texas 75242

      RE:    Recusal in Civil Action No. 3:14-CV-2910-L
               *Overpasses for America and Valerie Villareal v. City of Dallas*

Dear Ms. Mitchell:

    I recuse myself in the referenced civil action. Please reassign this case to another judge per the usual procedure.

Sincerely,

*[signature]*
Sam A. Lindsay
United States District Judge

SAL:mlg